UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PATRICIA JACO, in her individual capacity and as ADMINISTRATOR OF THE ESTATE OF GENILLA BAUCKMAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MONTICELLO SQUARE LLLP,<br><br>and<br><br>LELIA HANKINS,<br><br>Defendants. | Civil Action No. 3:24-cv-00887-RCY |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND MUTUAL RELEASE AND MEMORANDUM IN SUPPORT THEREOF

Patricia Jaco, in her individual capacity ("Jaco") and as Administrator of the Estate of Genilla Bauckman, Deceased (the "Estate") (Jaco and the Estate are hereinafter referred to as "Plaintiffs"), together with Monticello Square LLLP ("Monticello") and Lelia Hankins ("Hankins") (Monticello and Hankins are hereinafter collectively referred to as the "Defendants," and the Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties"), by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully move this Court to approve that certain Settlement Agreement and Mutual Release entered into on or about August 22, 2025, by and between the Parties (the "Settlement Agreement") and, accordingly, dismiss this action with prejudice (the "Joint Motion"). The Parties respectfully state as follows in support of their motion:

1. On December 13, 2024, Plaintiffs filed their Complaint in the above-captioned action.

2. Jaco filed the Complaint on behalf of herself and as administrator of the Estate for Ms. Genilla Bauckman, who is deceased.

3. On August 8, 2025, the Parties convened for a settlement conference with the Honorable Magistrate Judge Colombell.

4. Without admitting liability, negligence, or wrongdoing, the Parties agreed to settle and resolve the claims asserted in the Complaint. The Settlement Agreement is a compromise of disputed claims and includes a full release of Defendants from all related liability by both Jaco and the Estate.

5. The Settlement Agreement is a confidential document, and, as such, the Parties have contemporaneously sought to file the Settlement Agreement under seal. Accordingly, the Parties refer to the Settlement Agreement for a recitation of its terms.

6. Ms. Bauckman's Last Will and Testament (the "Will") names Jaco as Administrator of the Estate. A true and correct copy of the Will is attached hereto as **Exhibit A**.

7. Article III of the Will lists three beneficiaries relevant to the instant action (one of whom is a minor), and Article III names Jaco as Trustee of any trust created by the Will.

8. Pursuant to Article IV of the Will, if any beneficiary inheriting pursuant to Article III has not yet reached the age of eighteen (18), the property inherited by that beneficiary shall be placed into trust to be administered by the Will's named Trustee (Jaco) for the beneficiary's support, maintenance and education until the minor beneficiary reaches twenty-one (21) years of age.

9. One of the beneficiaries under the Will has not yet turned eighteen (18) years old, so, pursuant to the terms of the Will, Jaco will presumably also serve as Trustee for the trust for this beneficiary.

10. Considering Jaco's personal involvement in this action and in her role as Administrator of the Estate, court approval of the Settlement Agreement ensures that all Parties' and beneficiaries' interests are adequately represented and adjudicated in connection with the Parties' settlement.

11. Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only be court order, on terms that the court considers proper." Accordingly, the Parties, pursuant to Rule 41(a)(2), request that the Court approve the Settlement Agreement and dismiss this action with prejudice.

12. Jaco's counsel has represented that Jaco has provided proper notice of the settlement to each of the three beneficiaries under Article III of the Will.

13. Plaintiffs have contemporaneously moved for the appointment of a guardian <u>ad litem</u> to further represent the minor beneficiary's interests at the forthcoming hearing on the Joint Motion.

14. Based upon the foregoing, each of the Parties and beneficiaries under the Will has had adequate representation in connection with this matter and the Parties' settlement.

15. The Parties' settlement as reflected in the Settlement Agreement constitutes the result of arms' length negotiation, and the Settlement Agreement is fair, reasonable, and adequate settlement of a bona fide dispute considering the costs, risks, and delay of further litigation and possible appeal.

16. Accordingly, for the foregoing reasons, this Court should approve the Settlement Agreement and dismiss the instant action with prejudice.

17. The Parties hereby further request a hearing on the Joint Motion following appointment of the guardian <u>ad litem</u>, or, alternatively, request that the Court provide the guardian <u>ad litem</u> with an opportunity to review the Settlement Agreement and provide their recommendations in connection therewith.

WHEREFORE, the Parties respectfully request that this Court grant the Joint Motion, approve the Settlement Agreement, dismiss this action with prejudice, and grant such other relief as the Court deems just and proper.

Dated: September 5, 2025

PATRICIA JACO, individually and
as Administrator of the Estate of
GENILLA BAUCKMAN, deceased

_____/s/_____
Andrew Lucchetti – VSB No. 86631
Halperin Law Center, LLC
4435 Waterfront Dr., Suite 100
Glen Allen, VA 23060
(804) 527-0100
(804) 597-0209 facsimile
andrew@hlc.law
*Counsel for Plaintiff*

_____/s/_____
Mike O. D. Pruitt (VSB No. 100449)
Moriah Wilkins (VSB No. 97286)
Housing Opportunities Made
Equal of Virginia, Inc.
626 East Broad Street
Suite 400
Richmond, VA 23219
Phone: (804) 527-0100
Facsimile: (804) 354-0690
mpruitt@homeofva.org

Respectfully submitted,

mwilkins@homeofva.org
*Counsel for Plaintiff*

4

MONTICELLO SQUARE LLLP and
LELIA HANKINS

/s/
_____
Kelly J. Bundy (VSB #86327)
James A. Allen (VSB #35798)
Alexandria N. Pinkleton (VSB #95936)
HIRSCHLER FLEISCHER, P.C.
2100 East Cary Street (23223)
Post Office Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Fax:    (804) 644-0957
Email: kbundy@hirschlerlaw.com
jallen@hirschlerlaw.com
apinkleton@hirschlerlaw.com
*Counsel for Defendants Monticello Square LLLP and Lelia Hankins*