IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PATRICIA JACO, *in her individual capacity and as Administrator of the Estate of Genilla Bauckman, Deceased*<br>    Plaintiffs,<br><br>    v.<br><br>MONTICELLO SQUARE LLLP, *et al.*<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 3:24CV887 (RCY) |

**ORDER**
**(Approval of Settlement Agreement and Mutual Release)**

This matter came before the Court on the joint motion of Patricia Jaco, in her individual capacity ("Jaco") and as Administrator of the Estate of Genilla Bauckman, Deceased (the "Estate") (Jaco and the Estate are hereinafter collectively referred to as the "Plaintiffs"), together with Monticello Square LLLP ("Monticello") and Lelia Hankins ("Hankins") (Monticello and Hankins are hereinafter collectively referred to as the "Defendants," and the Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties") for approval of the Settlement Agreement and Mutual Release entered into by and between the Parties on August 22, 2025 (the "Settlement Agreement") and dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41 (the "Motion," ECF No. 26).

Upon review of the Motion, the Settlement Agreement (filed under seal), the Last Will and Testament of Ms. Bauckman (the "Will"), the findings and position of Ms. MacCormac, the guardian ad litem previously appointed by the Court in this action to represent the interests of a minor beneficiary of the Estate, referred to herein as H.P., and the hearing on the Parties' Motion, the Court finds as follows:

1. The Parties to the Settlement Agreement have submitted to the jurisdiction of this Court and have expressed their agreement and assent to the terms of the Settlement Agreement;

2. Jaco, as Administrator of the Estate, provided proper notice to all beneficiaries;

3. Ms. MacCormac has expressed no objection to the Settlement Agreement, agrees that approval of the Settlement Agreement is in the best interests of H.P., and recommends this Court approve the Settlement Agreement;

4. The Settlement Agreement constitutes the product of arms' length negotiation, and the Settlement Agreement is fair, reasonable, and adequate settlement of a bona fide dispute considering the costs, risks, and delay of further litigation and possible appeal; and

5. Good cause exists and approval, ratification, and confirmation of the Settlement Agreement is in the best interests of all Parties and the beneficiaries of the Estate under the Will.

Accordingly, the Parties' Motion (ECF No. 26) is GRANTED. The Court ORDERS as follows: (1) the Settlement Agreement is hereby deemed RATIFIED and APPROVED by the Court; and (2) the action is hereby DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: January 7, 2026
Richmond, Virginia